RECEIVED

JUL - 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/8/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GLENN ROGERS | CIVIL ACTION NO. 06-0827 |
| VS. | SECTION P |
| WARDEN, ALLEN CORRECTIONS CENTER, ET AL. | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** because petitioner has failed to exhaust all available state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 7 day of August, 2006.

RICHARD T. HAIK, SR.
CHIEF JUDGE